≥AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT
District of Kansas

FILED
U.S. DISTRICT COURT
2012 NOV 9 PM 2:28
TIMOTHY M. O'BRIEN
CLERK
BY _____ my
AT KANSAS CITY, KS

unsealed

UNITED STATES OF AMERICA

V.

JEFFREY WALL

## WARRANT FOR ARREST

Case Number: 12-20083-42-KHV-JPO

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JEFFREY WALL _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)
Superseding

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court

☐ Pretrial Release  ☐ Probation  ☐ Supervised Release  ☐ Violation Notice
   Violation Petition   Violation Petition   Violation

charging him or her with (brief description of offense)

**CONSPIRACY**

☒ in violation of Title  21  United States Code, Section(s)  846

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| TIMOTHY M. O'BRIEN | m = Mont |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk of Court | October 31, 2012    at Kansas City, Kansas |
| Title of Issuing Officer | Date and Location |

### RETURN

This warrant was received and executed with the arrest of the above-named individual at MANCING CA.

| DATE RECEIVED 11/1/12 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11/7/12 | Jovan Archuleta, DUSM | |